IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-D-2628 (MJW)

SECURITIES AND EXCHANGE COMMISSION,

    Applicant.

v.

MORGAN NIELDS,

    Respondent.

## ORDER

THIS MATTER is before the Court on a review of the file.  Securities and Exchange Commission ["SEC"] filed an *Ex Parte* Application for Order to Show Cause and for Order to Enforce Administrative Subpoena ["Application"] on December 22, 2004.  The Court issued an Order granting the Application on June 3, 2005.  The United States Court of Appeals for the Tenth Circuit dismissed Respondent's appeal by Mandate issued August 18, 2005.  Since the relief sought by SEC in its Application has been granted, it is

    ORDERED that this case is **DISMISSED**.

    DATED this 6th day of October, 2005.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge